**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00075-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| FRANK CERVENY, | ) | |
| Defendant. | ) | |

Defendant's motion asking the court to allow him to enter a plea of nolo contendere in abstentia or to dismiss this case (ECF No. 5) is **DENIED**.

IT IS SO ORDERED.

DATED: This 20th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE