**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:15-cr-00075-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| FRANK CERVENY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant's motion for "final disposition [of] untried charges" (ECF No. 11) is **DENIED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

    DATED: This 19th day of July, 2016.

                                                  _Howard D. McKibben_
                                                  UNITED STATES DISTRICT JUDGE